NEW YORK CENTRAL RAILROAD COMPANY, Appellant, *v.* NEW YORK AND HARLEM RAILROAD COMPANY et al., Respondents, et al., Defendants, and DOROTHY HENNESEY, on Behalf of Herself and Other Stockholders of New York and Harlem Railroad Company, Similarly Situated, Intervener, Respondent.

Argued January 12, 1948; decided March 5, 1948.

*Robert E. Whalen, Paul Folger, Samuel H. Hellenbrand* and *Frederick L. Wheeler* for appellant.

*Alfred H. Townley* and *Frank W. Chambers* for Westchester Fire Insurance Co., respondent.

*Edward C. McLean* and *James L. Guilmartin* for New York and Harlem Railroad Co., respondent.

*Benjamin P. DeWitt* and *Sidney Pfpper* for Gilman S. Currier and another, respondents.

*Richard Steel* for Grantz and Co., respondent.

*Herman I. Lurie, Isidore Siegeltuch, Louis Kipnis, Joseph Nemerov, Nathan D. Shapiro* and *Morris Stark* for Flora Pfeiffer and others, respondents.

*Frank Weinstein* and *Samuel J. Levinson* for Samuel Kresberg, respondent.

*Carleton S. Connor* and *Eugene Z. DuBose* for William H. P. Oliver, respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part, THACHER, J.